19856. HARRIS *v.* THE STATE.
19857. THOMAS *v.* THE STATE.

BROYLES, C. J. 1. In each of these cases special grounds 1, 2, 3, and 4 of the motion for a new trial are not complete and understandable within themselves and can not be considered by this court.

2. The verdict in each case being demanded by the evidence, the alleged

errors in the charge of the court, if errors, do not require another hearing of the case. The refusal in each case to grant a new trial was not error. *Judgments affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED AUGUST 23, 1929.

*Earl W. Butler, R. L. Addleton,* for plaintiff in error.
*Charles H. Garrett, solicitor-general,* contra.